IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AL LYTHCOTT, Individually and On Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>-against-<br><br>LINTECH ELECTRIC, INC. and LINDEN J. TUDOR, Jointly and Severally,<br><br>       Defendants. | 16 Civ. 700 (FB)(CLP)<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

PLEASE TAKE NOTICE that Plaintiff, by his attorneys Pelton & Associates PC, hereby gives notice that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) the above-captioned action is voluntarily dismissed without prejudice against Defendants Lintech Electric, Inc. and Linden J. Tudor. This action is hereby voluntarily dismissed without prejudice and without costs to any party.

Dated: March 2, 2016
   New York, New York

                  Respectfully submitted,

                  PELTON & ASSOCIATES PC

              By: _____
                 Brent E. Pelton (BP 1055)
                 111 Broadway, Suite 1503
                 New York, New York 10006
                 Telephone: (212) 385-9700
                 Facsimile: (212) 385-0800
                 *Attorneys for Plaintiff*

SO ORDERED:

     _____
     Honorable Frederic Block
     United States District Judge